Hans N. Huggler, OSB No. 144993
hugglerh@lanepowell.com
**LANE POWELL LLC**
1600 A Street, Suite 304
Anchorage, Alaska 99501-5148
Telephone:  907.277.9511
Facsimile:  907.276.2631

Attorneys for Defendant Life Insurance
Company of North America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NATHAN DYKMAN,<br><br>            Plaintiff,<br><br>      v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>            Defendant. | Case No. 3:20-cv-01547-IM<br><br>***AMENDED* CORPORATE DISCLOSURE STATEMENT** |

On December 31, 2020, New York Life Insurance Company acquired Life Insurance Company of North America resulting in changes to LINA's corporate ownership.

Defendant, Life Insurance Company of North America ("LINA"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure hereby makes the following disclosures:

1. LINA is a wholly owned subsidiary of New York Life Insurance Company; and

PAGE 1 –  *AMENDED* CORPORATE DISCLOSURE STATEMENT

**LANE POWELL LLC**
1600 A STREET, SUITE 304
ANCHORAGE, ALASKA 99501-5148
907.277.9511  FAX: 907.276.2631

120192.0225/8324847.1

2. New York Life Insurance Company is not a subsidiary of any other entity which owns 10% or more of the stock of the New York Life Insurance Company.

DATED: January 12, 2021

LANE POWELL LLC

By:   s/ Hans N. Huggler
Hans N. Huggler, OSB No. 144993
Telephone: 907.277.9511
Attorneys for Defendant Life Insurance Company of North America

PAGE 2 – *AMENDED* CORPORATE DISCLOSURE STATEMENT

LANE POWELL LLC
1600 A STREET, SUITE 304
ANCHORAGE, ALASKA 99501-5148
907.277.9511  FAX: 907.276.2631

120192.0225/8324847.1