D. Michael Reilly, *admitted pro hac vice*
reillym@lanepowell.com
**LANE POWELL PC**
PO Box 91302
Seattle, Washington 98111-9402
Telephone: 206.223.7000
Facsimile: 206.223.7107

Brian T. Kiolbasa, OSB No. 112890
kiolbasab@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendant Life Insurance
Company of North America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NATHAN DYKMAN,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　　　　　　　Defendant. | Case No. 3:20-cv-01547-IM<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

　　　　PLEASE TAKE NOTICE that Hans N. Huggler of Lane Powell PC hereby withdraws as counsel for defendant effective immediately. Hans N. Huggler should be removed from the Court's database and electronic notices.

PAGE 1 – NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

120192.0225/8684327.1

Brian T. Kiolbasa of Lane Powell PC is hereby substituted for Hans N. Huggler as counsel for defendant.  D. Michael Reilly will continue as counsel of record for defendant.

DATED this 22nd day of September, 2021

LANE POWELL PC

By s/ Hans N. Huggler
　Hans N. Huggler, OSB No. 144993

Withdrawing Attorney for Defendant

By s/ Brian T. Kiolbasa
　Brian T. Kiolbasa, OSB No. 112890
　Telephone:  503.778.2100
　docketing@lanepowell.com
Substituting Attorney for Defendant

PAGE 2 – NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

120192.0225/8684327.1