IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **NATHAN DYKMAN**,<br><br>    Plaintiff,<br><br>  v.<br><br>**LIFE INSURANCE COMPANY OF NORTH AMERICA**,<br><br>    Defendant. | Case No. 3:20-cv-01547-IM<br><br>**JUDGMENT** |

Based on the Court's Findings of Fact and Conclusions of Law, ECF [26], **IT IS ADJUDGED** that this case is reversed and remanded for reinstatement and payment of Long-Term Disability Benefits under the Plan for the period from March 7, 2019 to March 7, 2021 and for a determination of eligibility past that date.

DATED this 8th day of November, 2021.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge